UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FREDERICK W. BAUER,

Petitioner,

v.

JANET RENO, U.S. Attorney General,
FEDERAL BUREAU OF PRISONS, and
U.S. PAROLE COMMISSION,

Respondents.

CIVIL NO. 00-819 (JRT/JMM)

ORDER TO SHOW CAUSE

Petitioner has filed a Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 4]. By this pleading, Plaintiff seeks an Order forbidding any Defendant from destroying any of Plaintiff's legal materials. Plaintiff alleges that unless an Order of this Court is issued to the contrary, the materials will be destroyed as of January 1, 2001.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that no later than December 26, 2000, counsel for Defendants shall respond to said Motion with a written Memorandum, and such Affidavits as may be appropriate. One original shall be filed with the Clerk of Court, and one copy shall be lodged with the chambers of this Court.

Dated: December 20, 2000

JOHN M. MASON
United States Magistrate Judge

DEC 20 2000