UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FREDERICK W. BAUER,

Petitioner,

v.

JANET RENO, U.S. Attorney General,
FEDERAL BUREAU OF PRISONS, and
U.S. PAROLE COMMISSION,

Respondents.

Civil No. 00-819 (JRT/JMM)

ORDER

Petitioner, a federal prisoner, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docket No. 1) He claims that Respondents have improperly deprived him of an opportunity to seek release on parole.

The Respondents are directed to make a return in writing on or before January 10, 2001, certifying Petitioner's true parole eligibility status, and showing cause why the Writ should not be granted.

The Return shall be filed with the Court and shall include:

1) Such Affidavits and Exhibits as are needed to show why Petitioner should not be granted the relief he is seeking in his Petition;

2) A reasoned Memorandum of Law and Fact fully stating Respondents' legal position on the claims presented in the Petition, as well as Respondents' recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the Petition in the light of statutory requirements and other pertinent authority;

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the Petition.

The Court will entertain a Motion to grant the relief requested in the Petition if a written response is not filed by January 10, 2001, as required by this Order.

DEC 20 2000

Also before the Court at this time is Petitioner's self-styled "Motion to Show Cause," (Docket No. 3), by which Petitioner seeks an order directing Respondents to file a return within three days. This Motion will be granted in part and denied in part. As discussed above, Respondents will be required to file a return showing cause why Petitioner's Habeas Corpus Petition should not be granted. However, Petitioner has not offered any good reason why Respondents should be compelled to file their return within three days. Given that the Petition is lengthy, convoluted and not easily comprehensible, the Court finds that Respondents should be given more than three days to address it. Therefore, Petitioner's request for an Order to Show Cause will be granted, but his request for an expedited return date will be denied.

Finally, Petitioner has filed an "Application To Proceed Without Prepayment Of Fees And Affidavit," (Docket No. 2), by which he seeks leave to proceed in forma pauperis ("IFP"). The Court is satisfied that Petitioner is eligible for IFP status, and his IFP Application will therefore be granted.

Based on the foregoing, and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's "Motion To Show Cause" (Docket No. 3) is denied in part, and granted only as follows: Respondents shall file a written return to Petitioner's Habeas Corpus Petition, consistent with the terms of this Order, by January 10, 2001.

2. Petitioner's "Application to Proceed Without Prepayment of Fees and Affidavit," (Docket No. 9), is granted.

Dated: December 20, 2000

JOHN M. MASON
United States Magistrate Judge