UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FREDERICK W. BAUER,

Petitioner,

v.

JANET RENO, U.S. Attorney General, FEDERAL BUREAU OF PRISONS, and U.S. PAROLE COMMISSION,

Respondents.

CIVIL NO. 00-2680 (JRT/JMM)

REPORT AND RECOMMENDATION

This matter is before the Court on Petitioner's Motion for Temporary Restraining Order forbidding Respondents from destroying any of Petitioner's legal materials. [Docket No. 4]. Petitioner is represented pro se. No counsel have yet filed appearances on behalf of Respondents.[1] The matter was referred to the undersigned by Judge John R. Tunheim for a Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B).

Upon the following Findings of Fact/Report, it is recommended that Petitioner's Motion for Temporary Restraining Order [Docket No. 4] be denied.

## FINDINGS OF FACT/REPORT

In his Motion for a Temporary Restraining Order, Petitioner states that on January 1, 2001 the BOP will destroy legal materials in his possession regarding the underlying Habeas Petition. [Docket No. 4, ¶ 7]. In response to Petitioner's Motion for

---

[1] Assistant U.S. Attorney Lynn Zentner filed the letter Memorandum in response to Petitioner's Motion, but says that Assistant U.S. Attorney Fred Siekert has been assigned to handle the case.

DEC 28 2000
CLERK

Temporary Restraining Order, Respondents filed a letter Memorandum, and the Affidavit of J.D. Hill, Executive Assistant to the Warden at FCI-Waseca where Petitioner is housed. These documents substantiate that Respondents will not destroy said materials pending further order of this Court. Accordingly, it does not appear that there is any need for immediate relief. We therefore recommend that the Motion be denied.

We also observe that Respondents believe that some of the materials are not truly legal records, and that alternative storage methods may be required, including transfer of these documents to other locations or other custodians. This recommendation is made without prejudice to these arguments of Respondents, which are not presently before the Court.

**RECOMMENDATION**

For the reasons set forth above, it is recommended that Petitioner's Motion for Temporary Restraining Order [Docket No. 4] be denied.

Dated: December 28, 2000

JOHN M. MASON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before **January 11, 2001** a copy of this Report, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.

Unless the parties stipulate that the District Court is not required by 28 U.S.C.

§ 636 to review a transcript of the hearing in order to resolve all objections made to this Report and Recommendations, the party making the objections shall timely order and file a complete transcript of the hearing on or before **January 11, 2001**.