UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FREDERICK W. BAUER,

Plaintiff,

v.

JANET RENO, BUREAU OF PRISONS
and U.S. PAROLE COMMISSION,

Defendants.

CIVIL NO. 00-2680 (JRT/JMM)

ORDER

The above matter came on before the undersigned upon the Respondents' Motion for Extension of Time [Docket No. 12].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Respondents' Motion for Extension of Time [Docket No. 12] is granted as follows:

1. Respondents shall file a written Return to Petitioner's Habeas Corpus Petition, consistent with the terms of the Order dated December 27, 2000, no later than 12:00 p.m., February 16, 2001.

2. If the Return is in any respect late, incomplete or deficient, or fails in any respect to comply fully with said Order, the Court will on its own Motion recommend to the District Court that the relief prayed for in the Petition be granted.

Dated: January 30, 2001

JOHN M. MASON
United States Magistrate Judge

JAN 30 2001
L. CLERK

MEMORANDUM

This matter was commenced by the filing of a Petition for a Writ of Habeas Corpus on December 11, 2000. By Order dated December 20, 2000, Respondents were ordered to file a Return in writing by January 10, 2001. Respondents informally requested by letter that the time for their response be extended to January 26, 2001. By Amended Order dated December 27, 2000, this Court extended the time for the Return to January 29, 2001, three days greater than the time requested by Respondents.

The matter is again before the Court on the Motion of Respondents for an additional extension of time. The pleadings assert that Respondents expect to receive the "litigation report" from the Bureau of Prisons by January 26, 2001. Counsel for the Respondents also states in his Affidavit that there are other "pressing business matters requiring attention," but the Affidavit does not disclose the basis upon which it should be concluded that these matters take precedence over the Order that he file the Return within the January 29, 2001 deadline as presently extended.

The extension of time is requested on the ground that it is necessary in order for counsel to file a reasoned and comprehensive response to the Petition. Accordingly, a failure in any respect to comply with this Order will have the consequence specified in the Order.

J.M.M.