UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FREDERICK W. BAUER, CIVIL NO. 00-2680 (JRT/JMM)

Petitioner,

v. ORDER

JANET RENO, BUREAU OF PRISONS
and U.S. PAROLE COMMISSION,

Respondents.

The above matter is before the undersigned upon Petitioner's Second Motion to Show Cause. [Docket No. 8]. In essence, Petitioner's Motion objects to Respondents' requests for additional time to respond to his Petition for Writ of Habeas Corpus, and seeks an Order requiring Respondents to show cause why the Petition should not be granted.

The Court issued an Order on January 30, 2001, advising Respondents that, if they fail to file an adequate written Return to the Petition before 12:00 p.m. on February 16, 2001, the Court will recommend to the District Court that the relief prayed for in the Petition be granted. [Docket No. 17].

Accordingly, the Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's Second Motion to Show Cause [Docket No. 8] is granted in part, to the extent set out in the Court's Order of January 30, 2001. The Motion is in all other respects denied. The Petition shall be taken under advisement as of February 16, 2001. The parties shall thereafter await the further Order of this Court.

Dated: January 31, 2001

JOHN M. MASON
United States Magistrate Judge

JAN 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD