**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

FREDERICK W. BAUER,

Petitioner,

v.

JANET RENO, THE FEDERAL BUREAU OF PRISONS, and UNITED STATES PAROLE COMMISSION,

Respondents.

Civil No. 00-2680 JRT/JMM

**ORDER**

---

Frederick W. Bauer, Federal Correctional Institution, P.O. Box 1500, Waseca, MN 56093, *pro se* petitioner.

Friedrich A. Siekert, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste 600, Minneapolis, MN 55415, for respondents.

This matter is before the Court on petitioner's motion for reconsideration and extension of time to object to the Report and Recommendation. The Court received petitioner's objections to the Report and Recommendation on February 12, 2001. Petitioner has shown good cause for the extension; therefore, the Court accepts the objections as timely.

Based upon petitioner's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's motion for an extension of time to

FILED FEB 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

object to the Report and Recommendation [Docket No. 10] is **GRANTED.** Government's response to petitioner's objections to the Report and Recommendation is due on February 28, 2001.

Dated: Feb. 13, 2001
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge