UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FREDERICK W. BAUER,

Petitioner,

v.

JANET RENO, FEDERAL BUREAU OF PRISONS, and UNITED STATES PAROLE COMMISSION

Respondents.

CIVIL NO. 00-2680 (JRT/JMM)

ORDER

The above matter is before the undersigned upon Petitioner's Motion for Extension of Time to File an Amendment to his Motion [Docket No. 27]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's Motion for Extension of Time to File an Amendment to his Motion [Docket No. 27] is denied.

Dated: March 2, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

As we explained in our Report and Recommendation on three of Petitioner's other Motions, issued simultaneously with this Order, the Motions for relief filed by Petitioner are not permitted under the procedures established in 28 U.S.C. §2243 for consideration of habeas petitions. Petitioner's request for additional time to file an improper motion is denied.

JMM

MAR - 2 2001