UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FREDERICK W. BAUER,

Petitioner,

v.

JANET RENO, in her capacity as United States Attorney General, FEDERAL BUREAU OF PRISONS, and UNITED STATES PAROLE COMMISSION,

Respondents.

CIVIL NO. 00-2680 (JRT/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated June 22, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED as follows:

1. That the Petition for a Writ of Habeas Corpus [Docket No. 1] is denied, and the Petition is hereby dismissed with prejudice.

2. That Petitioner's Motions to Consolidate Cases [Docket No. 37], and for Documents [Docket No. 38] are denied as moot.

Dated: August 14, 2001

JOHN R. TUNHEIM
United States District Judge

AUG 15 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK