# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Frederick W. Bauer

Plaintiff

v.

Janet Reno, Federal Bureau of Prisons, and United States Parole Commission

Defendants

Case No. Civil 00-2680 JRT/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is denied and the petition is hereby dismissed with prejudice. That Petitioner's motions to consolidate cases and for documents are denied as moot.

DATE: August 15, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk