**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

FREDERICK W. BAUR,

Petitioner,

v.

JOHN ASHCORFT, as United States Attorney General, FEDERAL BUREAU OF PRISON, and UNITED STATES PAROLE COMMISSION,

Respondent.

Civil No. 00-2680 JRT/JMM

**ORDER**

---

Frederick W. Baur, Federal Correctional Institute, P.O. Box 1500, Waseca, MN 56093, *pro se* petitioner.

Friedrich Siekert, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste 600, Minneapolis, MN 55415, for respondent.

Whereas there exists an Order adopting Magistrate Judge John M. Mason's Recommendation denying petitioner's habeas corpus petition, and the case is dismissed without prejudice,

**IT IS HEREBY ORDERED** that the Court's Order and Judgment dated August 14, 2001, is **VACATED**.

Dated: August 27, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED AUG 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK ________