**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

FREDERICK W. BAUER, Civil No. 00-2680 (JRT/JMM)

Petitioner,

v. **ORDER**

FEDERAL BUREAU OF PRISONS, et al.,

Respondents.

---

Frederick W. Bauer, No. 02706-090, Federal Correctional Institute, Box 1500, Waseca, WI 56093, *Pro se* petitioner.

Friedrich Siekert, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

Pursuant to the Court's Order dated September 25, 2001, petitioner had until November 26, 2001 to file objections to the Report and Recommendation. The Court's Order stated that if no objections were filed by that date, the Court would adopt the Report and Recommendations of the Magistrate Judge. Petitioner has not filed a response with in the allotted time period set forth in the Court's Order.

Based upon the Report and Recommendation of United States Magistrate Judge John M. Mason, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS HEREBY ORDERED** that

1. Petitioner's petition for writ of habeas corpus [Docket No. 1] is **DENIED** and the petition dismissed with prejudice.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 11 2002
DEPUTY CLERK

2. Petitioner's motion to consolidate cases [Docket No. 37] is **DENIED** as moot.

3. Petitioner's motion to for documents [Docket No. 38] is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: Jan 11, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge