00-2680 JRT/JMM

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 01-1633

| | | |
|---|---|---|
| In re: Frederick W. Bauer, Petitioner. | * * * * * | Petition for Writ of Mandamus |

Petitioner's motion to recall the mandate has been considered by the Court and is denied.

August 31, 2004

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
SEP 03 2004
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 31, 2004

Mr. Frederick W. Bauer
FEDERAL CORRECTIONAL INSTITUTION
#2706090
P.O. Box 1731
Waseca, MN 56093-0831

Re: 01-1633 In Re: F. W. Bauer vs.

Dear Mr. Bauer:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Honorable John R. Tunheim, U.S. District Judge
Richard Sletten, Clerk

District Court/Agency Case Number(s): 00-2680 JRT/JMM

RECEIVED
BY U.S. MAIL
2004 SEP -3 AM 9: 14
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN